B16A (Official Form 16A) (12/07)

Form 16A. CAPTION (FULL)

# United States Bankruptcy Court

## Western District of New York

| | |
|---|---|
| In re Michael Christensen,<br>　　　　　　　　　Debtor | ) Case No. 09-20299 |
| | ) |
| 190 Kislingbury Street Rochester, NY 14613 | ) |
| | ) Chapter 7 |
| | ) |
| Last four digits of Social-Security or<br>Individual Tax- Payer-Identification (ITIN) No(s).,<br>(if any):8225 | ) |
| | ) |
| Employer Tax-Identification (EIN) No(s).(if any): N/A | ) |

### Motion to Re-open Bankruptcy Case

The Debtor, by counsel, requests that the above-captioned case be reopened pursuant to 11 USC §350(b) in order to accord relief to the Debtor and in support thereof avers as follows:

1)　The Debtor filed bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on February 10, 2009. A meeting of creditors was held on 3/9/2009. A notice of assets was sent 5/9/2009, and a motion for turnover filed and an order thereon was issued on October 23, 2009.

2)　At about the same time, the trustee filed an adversary proceeding, bk no 09-02100, objecting to any discharge of the debtor. In the adversary proceeding, the trustee moved for an order for a default judgment for the amount set forth in the turnover order, which was granted on 1/21/2009.

2) Thereafter, the bankruptcy case was closed without a discharge. Further, the case was closed without debtor having filed a motion to avoid one or more judicial liens on his residence to which he was otherwise entitled to avoid.

3) The Debtor thereafter paid the chapter 7 trustee the amount set forth in the default judgment and turnover motion and satisfied the default judgment, but did not otherwise move or contact his attorney in order to obviate the order denying discharge.

4) The Debtor wishes to reopen the case so that he may file a motion to be relieved of the Order denying discharge and so that he may file a motion pursuant to Section 522f of the Code avoiding the judgment lien(s) against his residence that impaired and continue to impair his exemption.

4) Debtor is not otherwise ineligible to obtain a discharge.

WHEREFORE, debtor requests this case be re-opened to allow Debtor to file the appropriate Rule 60(b), including Rule 60(b)(5) motion and 522(f) motion to avoid said judgment.

DATED: September 10, 2015

GEORGE MITRIS, ESQ.,
Attorney for Debtor
2080 West Ridge Rd.
Rochester, NY 14626
(585) 225.7830

Michael Christensen